84,053-02

October 14, 2015

Court of Criminal Appeals
PO Box 12308
Austin, Texas 78711-2308

RE: Writ of Mandamus
    EX PARTE JAMES MICHAEL BEATTIE
    T/C No. 1215016

Dear Court Clerk,

Please find enclosed my Application For Writ of Mandamus with attached Exhibits to be filed and presented to this Court to compel the Harris County District Clerk to forward the habeas corpus 11.07 file to this Court.

I would request notification upon receipt and of any action taken by the Court please.

Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed.

Sincerely,

James M. Beattie

James Michael Beattie
Pro Se
TDCJ-ID # 1879331
Smith Unit
1313 CR 19
Lamesa, Texas 79331

enclosure(s): 1

cc: file
CERTIFIED MAIL NO. 7010 0780 0002 0207 5146

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

# IN THE
## COURT OF CRIMINAL APPEALS
## OF TEXAS

EX PARTE          §        NO. _____

JAMES MICHAEL BEATTIE    §       T/C NO. 1215016-A

                               §

## APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, James Michael Beattie, Relator Pro Se, in the above styled numbered cause, and respectfully files and submits this his Application For Writ of Mandamus, pursuant to Rule 72 of the Texas Rules of Appellate Procedure, and would show the Court the following in support of mandamus relief.

I.

### RELATOR

James Michael Beattie, TDCJ-ID # 1879331, is an offender incarcerated at the Smith Unit of TDCJ and is appearing pro se, who can be located at 1313 CR 19, Lamesa, Texas 79331.

Relator has exhausted his remedies and has no other adequate remedy at law.

The act sought to be compelled is ministerial, not discretionary in nature. Texas Code of Criminal Procedure, Article 11.07 requires the Respondent to immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers filed, other pleadings, and a certificate reciting the date upon which that finding was made (hereinafter "habeas record"), if the convicting court decides that there are no issues to be resolved or at the conclusion of resolving issues.

Article 11.07 requires the Respondent to mail or deliver to Relator a copy of any answer, motion, order, or other pleading relating to an application for writ of habeas corpus filed by the State's attorney or the Court.

Texas Rules of Appellate Procedure 73.4 requires additional duties the Respondent must comply with, including to immediately transmit to the Court of Criminal Appeals the "habeas record" at the conclusion of the 180-day period of time to resolve designated issues.

The 180-day period of time has expired. No copy of the habeas reocrd has been transmitted to the Court of Crimianl Appeals. Nor has there been an extension of time requested or granted. Had such documents been transmitted to the Court of Criminal Appeals by Respondent as required by statute, Relator would have recieved notice from the Court of Criminal Appeals. Further, the Respondent has not mailed or delivered any copy of the habeas record to the Relator, except for order designating issue to be resolved.

## II.

RESPONDENT

Respondent Chris Daniels, in his/her capacity as District Clerk of Harris County, Texas has a ministerial duty to recieve and file all papers in a criminal proceeding, and perform all other duties imposed on the clerk by law pursuant to Article 2.21, and is responsible under Article 11.07 and T.R.A.P. 73.4 to perform specific duties relating to an application for writ of habeas corpus. Chris Daniels, District Clerk, Harris County, may be served at his/her place of business at 201 Caroline St., Ste 420, PO Box 4651, Houston, Texas 77210-4651.

## III.

VIOLATIONS OF ARTICLE 11.07 AND T.R.A.P. 73.4

The respondent has violated Article 11.07 by failing to immediately transmit a copy of the "habeas record" to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from the date on which the documents were requested to be transmitted.

The Respondent violated Article 11.07 by failing to mail or deliver to Relator a copy of the "habeas record" within a reasonable time from the date on which the Relator requested the documents to be delivered.

The Respondent has violated Rule 73.4 by failing to provide a copy and immediately transmit the "habeas corpus" to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from the date on which the documents were requested to be transmitted.

Request for transmittal of the "habeas record", as well as, copy of "habeas record" to be mailed and delivered to Relator, were made by the Relator to Harris County District Clerk Chris Daniels by Certified letters dated September 7, 2015 and October 7, 2015, pursuant to Article 11.07 and Rule 73.4. True and correct copies of the above letters are attached hereto as Exhibits "A" and "B" and are incorporated by reference herein for all purposes.

To date Relator has not received no response from Respondent regarding Relator's request for transmittal of "habeas record" to the Court of Criminal Appeals or copies to be delivered to Relator.

As is clear from Relator's letters, Relator has repeatedly put Respondent on notice that Relator seeks transmittal of "habeas record" to the Court of Criminal Appeals and deliver copies requested to Relator, duties required by law. Relator has gone well beyond any requirements or obligations imposed upon him by the Code of Criminal Procedure and Rules of Appellate Procedure.

In contrast to Relator's efforts, Respondent has wholly failed to comply with the Article 11.07 and Rule 73.4 duties, is acting in bad faith, and has also failed to afford Relator the professional and common courtesy of any written responses to his correspondences and requests.

the duties of the clerk is clearly defined by Article 11.07 and Rule 73.4. The Respondent is in violation of these procedures, ministerial duties and thus the laws of this State.

PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, RELATOR JAMES MICHAEL BEATTIE, PRO SE, RESPECTFULLY requests a finding that the Respondent did not transmit documents to the Court of Criminal Appeals and did not deliver documents to Relator within a reasonable time after the date they were requested and that Relator brought this litigation in good faith and has substantially prevailed. Relator prays for an Order directing Respondent to transmit copy of "habeas record" to the Court of Criminal Appeals and deliver to Relator copies of documents as directed in Article 11.07 and Rule 73.4 and as requested in Relator's letters (Exhibits "A" and "B").

Dated: OCTOBER 14, 2015

Respectfully Submitted,

James Michael Beattie
Relator Pro Se
TDCJ-ID # 1879331
Smith Unit
1313 CR 19
Lamesa, Texas  79331

I, James Michael Beattie, declare under penalty of perjury, that the foregoing is true and correct, and further certify, that a true and correct copy has been served upon Respondent Chris Daniels, PO Box 4651, Houston, Texas  77210-4651 by placing in the Smith Unit/TDCJ Prison Legal Mail System on this the 14th day of _October_ , 2015.

James Michael Beattie
TDCJ-ID # 1879331
Smith Unit/TDCJ

Relator Pro Se

September 7, 2015

Harris County District Clerk
PO Box 4651
Houston, Texas 77210-4651

RE: Habeas Corpus Application
    EX PARTE JAMES MICHAEL BEATTIE
    T/C No. 1215016-A

Dear District Clerk,

This letter is a formal request for compliance with the duties contained in Article 11.07 of the Texas Code of Criminal Procedure and Texas Rules of Appellate Procedure 73 as such regards to the Application for Writ of Habeas Corpus received by this Office on April 7, 2015, that is before the 351st District Court for determination and ruling.

The Court on June 1, 2015 designated one (1) issue to be resolved. While Art. 11.07 does not provide a statutory period of time to resolve such issues, it should be noted the Texas Rules of Appellate Procedure 73 orders the habeas court to resolve issues within 180-day period. This period is to conduct a hearing and issue a written Finding of Facts and Conclusions of Law, then transmit to the Court of Criminal Appeals after 10-day period for objections.

As to the above referenced case, the 180-day period is about to expire. I therefore request that the Court issue its Finding of Facts and Conclusions of Law within the next 30 days from the date of this letter. I further request that at conclusion of the 30-day period, the entire habeas record, including Applciation, Memorandum, Exhibits, Addendum(s), correspondences and any answer, motions, pleadings, orders, Finding of Facts and Conclusion of Law, and objections be delivered to me at the address below and transmitted to the Clerk of the Court of Criminal Appeals.

Thank you for your time and assistnace in this matter, it is greatly appreciated and welcomed. I await the Court and this Office's actions.

Sincerely,

James Michael Beattie
Applicanty Pro Se
TDCJ-ID # 1879331
Smith Unit
1313 CR 19
Lamesa, Texas 79331

cc: file
CERTIFIED MAIL NO. 7010 0780 0002 0208 0423

October 7, 2015

Harris County District Clerk
PO Box 4651
Houston, TX 7210-4651

RE: Habeas Corpus Application - 2nd Notice
EX PARTE JAMES MICHAEL BEATTIE
T/C No. 1215016-A

Dear District Clerk,

This letter is a second formal request for this Office and the Court to take action in resolving the issues designated with regards to the 11.07 Writ of Habeas Corpus Application received and filed in the above referenced case on April 7, 2015.

The Court has had 180 days to resolve the issue designated and issue a Finding of Facts and Conclusions of Law. The Court has failed to complete this task within the time period allowed, pursuant to Texas Rules of Appellate Procedure 73.

Therefore, I request the Harris County District Clerk immediately perform its duty pursuant to State Law and transmit the entire habeas record to the Court of Crimianl Appeals and deliver a copy to me at the address below. Failure by this Office or the Court to order such action will result in pleadings to a higher Court deemed necessary to receive proper and necessary results and relief in this case.

Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed. I await this Office's immediate action.

Sincerely,

James Michael Beattie
Applicant Pro Se
TDCJ-ID # 1879331
Smith Unit
1313 CR 19
Lamesa, Texas 79331

cc: file

CERTIFIED MAIL NO. 7008 1140 0004 9224 0432